FILED: April 9, 2008
08cv2014  J. N.
JUDGE GETTLEMAN
MAG. JUDGE SCHENKIER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case

**Ira Holtzman, Individually and as the representative of a class of similarly-situated persons v. Gregory P. Turza**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Gregory P. Turza**

| | |
|---|---|
| SIGNATURE  *[signature]* | |
| FIRM    **SMITHAMUNDSEN, LLC** | |
| STREET ADDRESS    **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP    **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6281122 | TELEPHONE NUMBER  (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE?   YES / /    NO /x/ | |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE?  YES / /    NO /x/ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES / /    NO /x/ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES / /   NO /x/ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL / /                                     APPOINTED COUNSEL / / | |