FILED: April 9, 2008
08cv2014 J. N.
JUDGE GETTLEMAN
MAG. JUDGE SCHENKIER

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case

**Ira Holtzman, Individually and as the representative of a class of similarly-situated persons v. Gregory P. Turza**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**Gregory P. Turza**

| SIGNATURE | *(signed)* |
|---|---|
| FIRM | **SMITHAMUNDSEN, LLC** |
| STREET ADDRESS | **150 NORTH MICHIGAN AVENUE, SUITE 3300** |
| CITY/STATE/ZIP | **CHICAGO, IL 60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6181345 | (312) 894-3200 |

| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE? | YES /x /  NO / / |
|---|---|
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE? | YES /x /  NO / / |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES /x /  NO / / |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES /x /  NO / / |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL / /                    APPOINTED COUNSEL / /