UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) Case No. 08 CV 2014 ) |
| v. | ) Judge: Gettleman ) |
| GREGORY P. TURZA | ) ) |
| Defendant. | ) ) |

## NOTICE OF MOTION

TO: Brian J. Wanca                              Phillip A. Bock
    Ryan M. Kelly                                Diab & Bock, LLC
    Anderson & Wanca                             134 N. LaSalle Street
    3701 Algonquin Road, Suite 760               Suite 1000
    Rolling Meadows, IL 60008                    Chicago, IL 60602

**PLEASE TAKE NOTICE THAT** on **April 24, 2008, at 9:15 a.m.**, we shall appear before the **Honorable Judge Gettleman** in **Room 1703**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 12(b)(6),** a copy of which is hereby served upon you.

By:   /s/   Darren P. Grady
      Attorneys for Gregory P. Turza
      SMITH AMUNDSEN, LLC
      150 North Michigan Avenue, Suite 3300
      Chicago, Illinois 60601
      (312) 894-3200
      ARDC No.: 6289608

Dated: April 14, 2008

1

Case No. 08 CV 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of April 2008, he served a **Notice of Motion** and the Defendant, Gregory P. Turza's **Motion to Dismiss** on:

Brian J. Wanca
Ryan M. Kelly
Anderson & Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008

Phillip A. Bock
Diab & Bock, LLC
134 N. LaSalle Street
Suite 1000
Chicago, IL  60602

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: April 14, 2008.

/s/    Darren P. Grady

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
Darren P. Grady, ARDC # 6289608
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR GREGORY P. TURZA