IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>) |
|                 Plaintiff, | ) No. 08 C 2014<br>) Judge Gettlemen<br>) Magistrate Judge Schenkier |
|                 v. | )<br>) |
| GREGORY P. TURZA, | )<br>) |
|                 Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## OF COUNTS II AND III ONLY WITHOUT PREJUDICE

Plaintiff, IRA HOLTZMAN, hereby files a voluntary dismissal without prejudice as to Counts II and III only of the Class Action Complaint against Defendant, GREGORY P. TURZA, as allowed under Federal Rules of Civil Procedure 41(a)(1).

                Respectfully submitted,

                IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons

        By:    s/Brian J. Wanca
                    One of Plaintiff's Attorneys

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 15, 2008, I electronically filed this Notice of Voluntary Dismissal of Counts II and III Only with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

Molly Anne Arranz at:
marranz@osalaw.com

Eric L. Samore at:
esamore@osalaw.com

Darren P. Grady at:
dgrady@salaw.com


                s/Brian J. Wanca
                Brian J. Wanca
                Attorney for Plaintiff


| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| ANDERSON + WANCA | BOCK & HATCH, LLC |
| 3701 Algonquin Road, Suite 760 | 134 N. LaSalle Street, Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |
| Telephone: 847/368-1500 | Telephone: 312/658-5500 |

2