# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2014 | **DATE** | 4/24/2008 |
| **CASE TITLE** | F T C     vs     Gregory P. Turza | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [10] to dismiss count 1 is granted.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|