IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>) |
| Plaintiff, | )  No. 08 C 2014<br>)  Judge Gettleman<br>)  Magistrate Judge Schenkier |
| v. | )<br>) |
| GREGORY P. TURZA, | )<br>) |
| Defendant. | ) |

## NOTICE OF MOTION

To:   Eric L. Samore
      Molly A. Arranz
      Smith Amundsen LLC
      150 N. Michigan Ave., Suite 3300
      Chicago, IL 60601

YOU ARE HEREBY NOTIFIED that on Thursday, May 8, at 9:15 a.m., or as soon thereafter as counsel shall be heard, we shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present *Plaintiff's Motion to Reconsider and to Vacate*, a copy of which is enclosed and hereby served upon you.

                                By:   /s Phillip A. Bock_____
                                      One of Plaintiff's attorneys

Phillip A. Bock                       Brian J. Wanca
Bock & Hatch, LLC                     Ryan M. Kelly
134 N. La Salle St., Suite 1000       Anderson + Wanca
Chicago, IL  60602                    3701 Algonquin Road, Suite 760
(312) 658-5500                        Rolling Meadows, IL  60008
                                      (847) 368-1500

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on this 2nd day of May 2008, he caused a copy of the foregoing Notice of Motion to be served by ECF upon all counsel of record.


                                                                           /s Phillip A. Bock