## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2014 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Ira Holtzman    vs    Gregory P. Turza | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [14] to vacate order of dismissal is granted. Plaintiff is granted leave to file response [14-2] to defendant's motion to dismiss. Reply is due by 5/26/2008. Status hearing is set for 7/16/2008, at 9:00 a.m.

[Docketing to mail notice]

00:09