Case No. 08 CV 2014

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>) |
| Plaintiff, | ) Case No. 08 CV 2014<br>) |
| v. | ) Judge: Gettleman<br>) |
| GREGORY P. TURZA | )<br>) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:  Brian J. Wanca                          Phillip A. Bock
     Ryan M. Kelly                           Diab & Bock, LLC
     Anderson & Wanca                        134 N. LaSalle Street
     3701 Algonquin Road, Suite 760          Suite 1000
     Rolling Meadows, IL 60008               Chicago, IL 60602

**PLEASE TAKE NOTICE THAT** on **May 21, 2008, at 9:15 a.m.**, we shall appear before the **Honorable Judge Gettleman** in **Room 1703**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Defendant, Gregory P. Turza's Motion to Quash the Subpoena Issued to AT& T Midwest,** a copy of which is hereby served upon you.

By:  /s/    Darren P. Grady
     Attorneys for Gregory P. Turza
     SMITH AMUNDSEN, LLC
     150 North Michigan Avenue, Suite 3300
     Chicago, Illinois 60601
     (312) 894-3200
     ARDC No.: 6289608

Dated: May 16, 2008

1

Case No. 08 CV 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 16th day of May 2008, he served a **Notice of Motion** and the **Defendant, Gregory P. Turza's Motion to Quash the Subpoena Issued to AT&T Midwest** on:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Ryan M. Kelly | Diab & Bock, LLC |
| Anderson & Wanca | 134 N. LaSalle Street |
| 3701 Algonquin Road, Suite 760 | Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: May 16, 2008.

/s/   Darren P. Grady

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
Darren P. Grady, ARDC # 6289608
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR GREGORY P. TURZA

2