UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ira Holtzman
                Plaintiff,
v.                                  Case No.: 1:08−cv−02014
                                               Honorable Robert W. Gettleman
Gregory P. Turza
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 19, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Presentation of defendant's motion to quash is re−set from 5/21/2008 to 6/5/2008 at 09:15 a.m. Telephone notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.