# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2014 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Ira Holtzman    vs    Gregory Turza | | |

**DOCKET ENTRY TEXT:**

No one appearing, defendant's motion to quash the subpoena issued to AT&T Midwest is stricken.

[Docketing to mail notice]

00:01

| | Courtroom Deputy | GDS |
|---|---|---|