IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )   No. 08 CV 2014 ) |
| GREGORY P. TURZA, | )   Judge Gettlemen |
| Defendant. | ) |

### NOTICE OF MOTION

To:   Eric L. Samore                                        Fax: 312/894-3210
      Darren P. Grady
      Smith Amundsen LLC
      150 N. Michigan Ave., Suite 3300
      Chicago, IL  60601

On June 26, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman, or any Judge sitting in his stead, in Courtroom 1703 of the U.S. District Court, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present Plaintiff's *Agreed Motion for Leave to File First Amended Class Action Complaint,* a copy of which is attached hereto and hereby served upon you.

s/ Brian J. Wanca
One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Brian J. Wanca

Brian J. Wanca                                  Phillip A. Bock
ANDERSON + WANCA                                BOCK & HATCH, LLC
3701 Algonquin Road, Suite 760                  134 N. LaSalle Street, Suite 1000
Rolling Meadows, IL  60008                      Chicago, IL 60602
Telephone:  847/368-1500                        Telephone 312/658-5500