## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2014 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Holtzman   vs   Turza | | |

**DOCKET ENTRY TEXT:**

Plaintiff's agreed motion [27] for leave to file first amended class action complaint is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|