## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2014 | **DATE** | 8/7/2008 |
| **CASE TITLE** | Ira Holtzman    vs    Gregory Turza | | |

**DOCKET ENTRY TEXT:**

Defendants' motion [33] for leave to file responsive pleading to plaintiff's amended complaint instanter is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|