UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY P. TURZA )<br>)<br>Defendant. ) | Case No.  08 CV 2014<br><br>Judge: Gettleman |

### NOTICE OF MOTION

TO:  Brian J. Wanca  
      Ryan M. Kelly  
      Anderson + Wanca  
      3701 Algonquin Road, Suite 760  
      Rolling Meadows, IL 60008

Phillip A. Bock  
Diab & Bock, LLC  
134 N. LaSalle Street  
Suite 1000  
Chicago, IL  60602

**PLEASE TAKE NOTICE THAT** on **September 16, 2008, at 9:15 a.m.**, we shall appear before the **Honorable Judge Gettleman** in **Room 1703**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Defendant's Gregory P. Turza's Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 12(b)(6),** a copy of which is hereby served upon you.

By:  /s/    Eric L. Samore  
Attorneys for Gregory P. Turza  
SMITH AMUNDSEN, LLC  
150 North Michigan Avenue, Suite 3300  
Chicago, Illinois 60601  
(312) 894-3200  
ARDC No.: 6181345

Dated:  September 10, 2008

Case No. 08 CV 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of September 2008, he served a **Notice of Motion** and the **Defendant, Gregory P. Turza's Motion to Dismiss Pursuant to Fed. R. Civ. Pro. 129b)(6)** on:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Ryan M. Kelly | Diab & Bock, LLC |
| Anderson + Wanca | 134 N. LaSalle Street |
| 3701 Algonquin Road, Suite 760 | Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]  Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct.
Executed on: September 10, 2008

/s/     Eric L. Samore

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
Darren P. Grady, ARDC # 6289608
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR GREGORY P. TURZA