UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br>v.<br><br>GREGORY P. TURZA<br><br>    Defendant. | Case No.  08 CV 2014<br><br>Judge: Gettleman |

## NOTICE OF MOTION

TO: Brian J. Wanca        Phillip A. Bock
    Ryan M. Kelly        Diab & Bock, LLC
    Anderson & Wanca      134 N. LaSalle Street
    3701 Algonquin Road, Suite 760  Suite 1000
    Rolling Meadows, IL 60008    Chicago, IL  60602

**PLEASE TAKE NOTICE THAT** on **September 16, 2008, at 9:15 a.m.**, we shall appear before the **Honorable Judge Gettleman** in **Room 1703**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Defendant's Motion for Bifurcation of Discovery Pursuant to Federal Rules of Civil Procedure 1 and 26,** a copy of which is hereby served upon you.


      By: /s/  Eric L. Samore
          Attorneys for Gregory P. Turza
          SMITH AMUNDSEN, LLC
          150 North Michigan Avenue, Suite 3300
          Chicago, Illinois 60601
          (312) 894-3200
          ARDC No.: 6181345


      Dated:  September 10, 2008

Case No. 08 CV 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of September 2008, he served a **Notice of Motion** and the **Defendant, Gregory P. Turza's Motion for Bifurcation of Discovery Pursuant to Federal Rules of Civil Procedure 1 and 26** on:

| | |
|---|---|
| Brian J. Wanca | Phillip A. Bock |
| Ryan M. Kelly | Diab & Bock, LLC |
| Anderson + Wanca | 134 N. LaSalle Street |
| 3701 Algonquin Road, Suite 760 | Suite 1000 |
| Rolling Meadows, IL 60008 | Chicago, IL 60602 |

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct.
Executed on: September 10, 2008

/s/   Eric L. Samore

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
Darren P. Grady, ARDC # 6289608
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR GREGORY P. TURZA