IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IRA HOLTZMAN, C.P.A., & ASSOCIATES LIMITED, individually and as the representative of a class of similarly-situated persons,<br><br>      Plaintiff,<br><br>   v.<br><br>GREGORY P. TURZA,<br><br>      Defendant. | No. 08 CV 2014<br><br>Judge Gettleman |

## ORDER AWARDING INCENTIVE PAYMENT, ATTORNEYS FEES AND EXPENSES, AND APPROVING *CY PRES* RECIPIENT

This matter coming before the Court on Plaintiff's Motion in Support of its Distribution Plan (Doc. 247), Plaintiff's Motion in Support of its Award of Attorney's Fees and Related Non-Taxable Expenses (Doc. 249), and Plaintiff's Supplemental Submission in Support of its Distribution Plan (Doc. 262), the Court having reviewed these and other submissions, the parties appearing through counsel, and the Court being fully advised in the premises, it is hereby ordered that:

    1.    On August 29, 2011, the Court entered judgment in favor of the plaintiff class in the total amount of $4,215,000.00 (the "plaintiff class fund"). (Doc. 230).

    2.    The Court awards $7,500.00 from the plaintiff class fund to plaintiff, IRA HOLTZMAN, C.P.A., & ASSOCIATES LIMITED, as an incentive award for serving as the class representative in this matter.

3.  The Court awards $1,405,000.00 from the plaintiff class fund to the law firms OF BOCK & HATCH, LLC and ANDERSON + WANCA ("Class Counsel") as attorneys' fees for their work on behalf of the plaintiff class. That amount will compensate Class Counsel for all work performed and to be performed for the benefit of the plaintiff class in this matter, in the appeal pending before the Seventh Circuit, and in any and all collateral matters (including the state court declaratory judgment action regarding insurance coverage). No additional attorneys' fees will be awarded or authorized from the plaintiff class fund.

4.  The Court awards $25,055.90 from the plaintiff class fund to Class Counsel to reimburse their out-of-pocket costs and expenses.

5.  Finally, the Court grants Class Counsel's request that Legal Assistance Foundation of Metropolitan Chicago receive as a *cy pres* award any and all sums remaining in the plaintiff class fund after the payments to class members and the payments awarded in this Order.

ENTER:

Dated: November 9, 2011

_____
Judge Gettleman